UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-10023-CR-MOORE/GARBER

UNITED STATES OF AMERICA,
        Plaintiff,

vs.

LEONEL RIVES RODRIGUEZ, et al.,
        Defendant.
_____:

## ORDER

THIS MATTER came before the Court upon the Defendant's unopposed *ore tenus* motion to rescind or modify bond. After carefully considering the motion, and noting that the existence of an ICE detainer has made it impossible to secure the Defendant's pretrial release, it is

ORDERED AND ADJUDGED that the motion is hereby GRANTED.

The previously set $25,000 ten per cent bond is hereby rescinded, and the bond is hereby modified to a $25,000 corporate surety bond with a *Nebbia* condition. This modification is without prejudice to reinstate the ten per cent bond in the event the Defendant is able to secure release from ICE administrative custody. The previously posted bond is hereby discharged, and any money deposited with the Court to secure the bond shall be released to the depositor forthwith.

DONE AND ORDERED at Fort Lauderdale, Florida this 29 day of May, 2007.

                                                      United States Magistrate Judge

cc:    Patrick M. Hunt, AFPD
        Daniel Rashbaum, AUSA
        O. Benton Curtis, AUSA
        Mario Cano, Esq.

J:\Rodriguez, Leonel R. Reg\Pleadings\bondorder.wpd